# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| SUSAN M. RODERICK-JONES )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>**Defendant.** )<br>_____ ) | CIVIL ACTION<br>No. 08-2533-KHV/GBC |

## ORDER

Susan M. Roderick-Jones appeals the final decision of the Commissioner of Social Security to deny disability insurance benefits and supplemental security income. On August 19, 2009, Magistrate Judge Gerald B. Cohn recommended that the Commissioner's decision be affirmed, that plaintiff's Motion For Judgment (Doc. #6) be denied as improperly filed, and that judgment be entered in accordance with the fourth sentence of 42 U.S.C. § 405(g). See Report And Recommendation (Doc. #12). The deadline for written objections to the report and recommendation was September 2, 2009. The parties have not objected. The Court hereby adopts the Report And Recommendation (Doc. #12) in its entirety.

**IT IS THEREFORE ORDERED** that the Commissioner's decision be and hereby is **AFFIRMED** and that judgment is entered in accordance with the fourth sentence of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that plaintiff's Motion for Judgment (Doc. #12) is **OVERRULED**.

Dated this 8th day of September, 2009 at Kansas City, Kansas.

                s/ Kathryn H. Vratil
                KATHRYN H. VRATIL
                United States District Judge